Ramin R. Younessi, Esq. (SBN 175020)
ryounessi@younessilaw.com
Samantha L. Ortiz (SBN 312503)
sortiz@younessilaw.com
**LAW OFFICES OF RAMIN R. YOUNESSI**
**A PROFESSIONAL LAW CORPORATION**
3435 Wilshire Boulevard, Suite 2200
Los Angeles, California 90010
Telephone: (323) 777-7777
Facsimile: (213) 480-6201

Attorneys for Plaintiff
KARLA SERRANO

JAMIE Y. LEE, Bar No. 228389
jylee@litler.com
**LITTLER MENDELSON, P.C.**
18565 Jamboree Road
Suite 800
Irvine, CA  92612
Telephone:  949.705.3000
Fax No.:     949.724.1201

Attorneys for Defendant
SCHENKER, INC.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KARLA SERRANO, an individual,<br><br>Plaintiff,<br><br>v.<br><br>SCHENKER, INC., a New York corporation; and DOES 1 through 20, inclusive,<br>Defendant. | Case No.: 5:21-CV-00333 JLS (KK)<br><br>*Assigned to the Honorable Judge Josephine L. Staton;*<br><br>**JOINT STATUS REPORT RE SETTLEMENT**<br><br><br>Action Filed: November 23, 2020<br>Trial date:    None set. |

5:21-CV-00333 JLS (KK)

JOINT STATUS REPORT RE SETTLEMENT

Plaintiff KARLA SERRANO ("Plaintiff") and Defendant SCHENKER, INC. ("Defendant") (collectively, the "Parties"), through their respective counsel, hereby submit the following Joint Status Report Re Settlement:

The Parties have agreed to a settlement of this matter and are currently in the process of performing the terms of the settlement agreement. The Parties anticipate filing a Joint Stipulation of Settlement with Request to Dismiss the Case, with Prejudice, within 30 days.

Dated: July __, 2022         LAW OFFICES OF RAMIN R. YOUNESSI

                                                   By:    /s/ Samantha L. Ortiz, Esq.
                                                               RAMIN R. YOUNESSI
                                                               SAMANTHA L. ORTIZ
                                                               Attorneys for Plaintiff
                                                               KARLA SERRANO

Dated: July __, 2022         LITTLER MENDELSON, P.C.

                                                   By:    /s/ Jamie Y. Lee, Esq.
                                                               JAMIE Y. LEE
                                                              Attorneys for Defendant
                                                               SCHENKER, INC.

# CERTIFICATE OF SERVICE

## STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 3435 Wilshire Boulevard, Suite 2200, Los Angeles, California 90010.

On July 12, 2022, I served the foregoing documents entitled **JOINT STATUS REPORT RE SETTLEMENT** on the interested parties in this action as follows:

JAMIE Y. LEE, Bar No. 228389           *Attorney for Defendant,*
jylee@litler.com                                        *SCHENKER, INC.*
**LITTLER MENDELSON, P.C.**
18565 Jamboree Road
Suite 800
Irvine, CA  92612

☒     BY NOTICE OF ELECTRONIC FILING: The above-listed counsel have consented to electronic service and have been automatically served by the Notice of Electronic Filing automatically generated by CM/ECF at the time said document was filed and which constitutes service pursuant to FRCP 5(b)(2)(D).

Executed on July 12, 2022, at Los Angeles, California.

By: /s/ Elizabeth Pineda